In the Matter of the Claim of SARAH GREEN, Respondent, against JOSEPH GEIGER et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted February 24, 1939; decided April 4, 1939.

*Jeremiah F. Connor* and *William Warren Dimmick* for appellants.

*Earle H. Houghtaling* for claimant, respondent.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.